No. 172. PEITZMAN (NOW RILEY) ET AL., DOING BUSINESS AS U. S. ELEVATED TANK MAINTENANCE Co., *v.* CITY OF ILLMO. October 9, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. Whitworth Stokes* and *Jacob M. Lashly* for petitioners.

No. 174. BASSETT *v.* BASSETT. October 9, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Samuel Platt* for petitioner. *Mr. Clyde D. Souter* for respondent.

No. 175. LINCOLN NATIONAL LIFE INSURANCE Co. *v.* CUSTER. October 9, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Walter H. Eckert* for petitioner. *Messrs. David J. Kadyk* and *Leonard F. Martin* for respondent.

No. 176. NORTH DAKOTA *v.* SZARKOWSKI. October 9, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. Alvin C. Strutz,* Attorney General of North Dakota, *P. O. Sathre* and *C. E. Brace,* Assistant Attorneys General, for petitioner. *Mr. Arthur L. Knauf* for respondent.

No. 239. NORTH DAKOTA *v.* STANTON. October 9, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. Alvin C. Strutz,* Attorney General of North Dakota, *P. O. Sathre*

and *C. E. Brace,* Assistant Attorneys General, for petitioner. *Mr. F. E. McCurdy* for respondent.

No. 177. LEDBETTER, ADMINISTRATOR, ET AL. *v.* FARMERS BANK & TRUST CO. ET AL. October 9, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Messrs. Whiteford S. Blakeney* and *George S. Steele* for petitioners. *Messrs. M. G. Wallace* and *Robert H. Dye* for respondents.

No. 179. THOMPSON, TRUSTEE OF THE MISSOURI PACIFIC RAILROAD CO., *v.* GODSY. October 9, 1944. Petition for writ of certiorari to the Supreme Court of Missouri denied. *Messrs. Thomas J. Cole, A. Z. Patterson,* and *DeWitt C. Chastain* for petitioner. *Mr. Emmet H. Gamble* for respondent.

No. 183. MARINO ET AL. *v.* UNITED STATES. October 9, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. J. Bertram Wegman* for petitioners. *Solicitor General Fahy, Assistant Attorney General Tom C. Clark,* and *Messrs. Robert S. Erdahl, W. Marvin Smith,* and *Leon Ulman* for the United States.

No. 186. LAND *v.* BASS ET AL. October 9, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Claude L. Gray* for petitioner.